UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 11-cr-36-01-JL

<u>Daniel Rinaldi</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 21) filed by defendant is granted in part, the continuance is limited to 60 days; Final Pretrial is rescheduled to June 22, 2011 at 1:30 PM; Trial is continued to the two-week period beginning July 6, 2011, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                /s/ Joe Laplante
                                                _____
                                                Joseph N. Laplante
                                                United States District Judge

Date:  April 12, 2011

cc:  Timothy Harrington, Esq.
     Robert Kinsella, Esq.
     U.S. Marshal
     U.S. Probation